# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER THAYER, | 3:19-CV-0592-RCJ-CLB |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | April 3, 2020 |
| WESTERN VILLAGE HOTEL AND CASINO, et al., | |
| Defendant. | |

PRESENT: <u>THE HONORABLE CARLA BALDWIN</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>LISA MANN</u>     REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for enlargement of time (ECF No. 7) is **GRANTED**. Plaintiff shall have to and including May 26, 2020 to file an amended complaint. No further extensions of time shall be granted.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  /s/
Deputy Clerk