UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER THAYER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WESTERN VILLAGE HOTEL AND CASINO, *et al.*,<br><br>　　　　　Defendants. | Case No.: 3:19-CV-00592-RCJ-CLB<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 9) |

　　　Before the Court is the Report and Recommendation of United States Magistrate Judge Carla L. Baldwin (ECF No. 9[1]) entered on June 3, 2020, recommending that the Court dismiss this action with prejudice for failure to state a claim. No objection to the Report and Recommendation has been filed.

　　　This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

1

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that Magistrate Judge Baldwin's Report and Recommendation (ECF No. 9) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk shall close this case.

**IT IS SO ORDERED**.

Dated this 9th day of July, 2020.

_____
ROBERT C. JONES
United States District Judge